# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**LARRY BRATTON**

                V.                CASE No.: 5:05-CV-950(NAM/GJD)

**NEW YORK STATE DIVISION OF PAROLE; et al.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing the amended complaint in its entirety on the merits pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on April 14, 2008.

DATED:    April 14, 2008

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp